**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instyle.com/emily-ratajkowski-all-leather-black-outfit-7483317



# Emily Ratajkowski Just Wore All-Leather, All-Black Everything

You know what they say about New Yorkers.

By **Christopher Luu** | Published on April 20, 2023 @ 04:11PM



Courtesy Jordan Road.

It's tough to pinpoint exactly what Emily Ratajkowski's style is, except to say that it's always good. She's a model, after all (when she's not podcasting and writing books, that is), so it makes sense that just about everything she puts on looks amazing — even when it's head-to-toe monochrome leather. Yesterday, during a walk in New York City, the off-duty model wore all-leather everything, from her cropped, belted trench coat to her long, boot-cut pants and pointy-toe boots. Of course, even her bag and sunglasses matched the stealthy, Matrix-adjacent aesthetic. A round chain-strap bag and simple oval shades finished off the ensemble.